## EXHIBIT A

**Action Process, Pleadings, and Orders**

4888-9466-9733.1

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79

**COURT**

.......................................NEWPORT NEWS - CIVIL....................... General District Court
CITY OR COUNTY

....... 2500 WASHINGTON AVE NEWPORT NEWS, VA 23607 757-926-3520 .......
STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:** You are hereby commanded to summons the Defendant(s).

**TO THE DEFENDANT(S):** You are summoned to appear before this Court at the above address on
JANUARY 05, 2024 @ 9:00 A.M. to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

11-17-23 ............................    ) R. Johnson
DATE ISSUED        [ ] CLERK  [X] DEPUTY CLERK   [ ] MAGISTRATE

---

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 5,000.00 ........... net of any credits, with interest at ......6.00.. % from date of ...1/5/2023.... until paid,

$ 64.00 ............. costs and $ ....................... attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)

FURNISHING CERTAIN DECEPTIVE FORMS, CRIMINAL NEGLIGENCE, UNFAIR MEANS TO
COLLECT A DEBT, HARRASSMENT, CIVIL LIABILITY

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] cannot be demanded
10/17/23 .............    [signature] ALR
DATE        [ ] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

---

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ................................

for $ ................. net of any credits, with interest at ............. % from date

of ........... until paid, $ ................ costs and $ ................ attorney's fees

[ ] and $ ................. costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ................................

................................................................................

[ ] NON-SUIT  [ ] DISMISSED ................................

Defendant(s) Present:  [ ] NO  [ ] YES ................................

................................
DATE                    JUDGE

FORM DC-412 (FRONT) 10/22

---

**CASE NO.** GV23-18459

WINFIELD, CHIQUITA
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

380 HILTOP DR #C
ADDRESS

NEWPORT NEWS, VA 23603

757-977-7565

**v.**

JP MORGAN CHASE BANK
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

SERVE: CT CORPORATION SYSTEM
ADDRESS

4701 COX RD STE 285

GLEN ALLEN, VA 23060

---

## WARRANT IN DEBT

**TO DEFENDANT:** You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice of the reverse
about requesting a change of trial location.

[ ]  To dispute this claim, you **must** appear on the return
date to try this case.

[X]  To dispute this claim, you must appear on the return
date for the judge to set another date for trial.

Bill of Particulars ................................
ORDERED        DUE

Grounds of Defense ................................
ORDERED        DUE

ATTORNEY FOR PLAINTIFF(S)

................................

................................

ATTORNEY FOR DEFENDANT(S)

................................

................................

---

**HEARING DATE
AND TIME**

1-5-2024

@ 9:00 A.M

JUDGMENT PAID OR
SATISFIED PURSUANT
TO ATTACHED NOTICE
OF SATISFACTION.

................................
DATE

................................
CLERK

**DISABILITY
ACCOMMODATIONS**
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

NAME ......................................................

............................................................

ADDRESS ...............................................

............................................................

[ ] PERSONAL SERVICE | Tel. No. ....................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

........................ for _____

DATE

---

NAME ......................................................

............................................................

ADDRESS ...............................................

............................................................

[ ] PERSONAL SERVICE | Tel. No. ....................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

........................ for _____

DATE

---

NAME ......................................................

............................................................

ADDRESS ...............................................

............................................................

[ ] PERSONAL SERVICE | Tel. No. ....................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

........................ for _____

DATE

---

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412, DC-414, DC-428 (REVERSED) REVISED 07/04

---

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

10/17/23

DATE

[X] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ...........................................

Interrogatories issued on: ...............................

Garnishment issued on ...................................

.............................................................

**BILL OF PARTICULARS**
Commonwealth of Virginia    Rule 7B.2

Case No. ........................................

04/02/24 @ 10am
TRIAL DATE AND TIME

NEWPORT NEWS
......................................    General District Court
CITY OR COUNTY

2500 WASHINGTON AVENUE NEWPORT NEWS, VA 23607
STREET ADDRESS OF COURT

............................... v. ...............................
PLAINTIFF                        DEFENDANT

**TO THE PLAINTIFF:**

You are required to file with the court, and serve by mailing, a written BILL OF PARTICULARS by .. 02/05/24
DATE

The defendant's written GROUNDS OF DEFENSE is due to be filed with the court and served by mailing by . 02/04/24
DATE

You are further required to fully state, in the numbered paragraphs below, each of the reasons/grounds why you think the defendant owes you the money or property claimed. You may attach additional paper if needed.

1. Continued to report a charge off to my consumer report. Sold debt to a third party debt collector.

2. Two accounts reporting on my consumer report, damaging my consumer report. unfair means to collect a debt.

3. This harrasment and abuse has caused me emotional distress. It has also made it a challenge when applying for new credit $ has dropped my credit score.

4. Two debt collectors attempting to collect the same debt and damaging my credit score. and character.

5.

[ ] See continuation sheet.

**NOTICES:** Failure to comply with this order may be grounds for awarding summary judgment in favor of the adverse party. Both parties must be prepared, at trial, to prove their case with admissible evidence. Upon trial, the judge may exclude evidence as to matters not described in this pleading.

1-16-24
DATE

[ ] PLAINTIFF   [ ] PLAINTIFF'S ATTORNEY

Chiquita Winfield
PRINT NAME

380 Hilltop Dr C Newport News, VA 23603 / 757-977-7565
ADDRESS /TELEPHONE NUMBER OF SIGNATOR

**PLAINTIFF'S CERTIFICATE**

I certify that I delivered or mailed a completed copy of this BILL OF PARTICULARS to the clerk of this court and mailed to each attorney for the defendant, or to the defendant if not represented

this 17th day of January , 20 24 .

SIGNATURE OF [ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY

FORM DC-441 MASTER 05/09